

BTL_000024

October 03, 2012

**FOR SETTLEMENT PURPOSES ONLY**
**CONFIDENTIAL**

**VIA E-MAIL & U.S. MAIL**

Jill M. Pietrini
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
[jpietrini@sheppardmullin.com]

RE:   BETWEEN THE LINES PRODUCTIONS, LLC / *TWIHARDER* / SETTLEMENT

Dear Ms. Pietrini:

Good Afternoon. I am writing to follow up on our discussions regarding my client, Between the Lines Productions, LLC ("Between the Lines") and their film *TWIHARDER*. My associates and I have been trying to reach you in efforts to settle this matter amicably, but have not received any responses to our e-mails or phone calls. While we stand by our legal reasoning stated in my earlier letter, we are eager to settle this matter amicably with Summit and are willing to make the following additional concessions upon execution of a mutual release and settlement:

1. Between the Lines will change the name of the film from *Twiharder* to *Twi-Life*,

2. Surrender the domain name www.twiharder.com to Summit, and

3. Graphically alter all text to further distinguish the mark from "Twilight" trademark logos.

Please provide Summit's consent to the offer set forth above no later than October 10, 2012, and we will then draft and circulate a mutual release and settlement agreement. Please do not hesitate to call me directly if you have any questions with regard to this letter. This letter is for the purposes of settlement only pursuant to Evidence Code §§ 1152 and 1154. This is not a full statement of our client's rights and remedies, all of which are expressly reserved.

_____

Very truly yours,

DEAN R. CHELEY

DRC/rp

BTL_000026



BTL_000027

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
310.228.3700 main
310.228.3701 fax
www.sheppardmullin.com

310.228.3723 direct
jpietrini@sheppardmullin.com

October 30, 2012

File Number: 22HF-165423

SETTLEMENT DISCUSSIONS
PER FRE 408

VIA EMAIL AND U.S. MAIL
DEAN@DONALDSONCALLIF.COM

Dean R. Cheley, Esq.
DONALDSON & CALLIF
400 S. Beverly Drive, Suite 400
Beverly Hills, CA 90212

Re:   **Infringement of Summit Entertainment's Intellectual Property derived from *Twilight* Motion Pictures**

Dear Dean:

We respond to your October 11, 2012 letter, in which your client Between the Lines Productions, LLC ("Between the Lines Productions") offers to make certain additional concessions to settle Between the Lines Productions' infringement of the trademark TWIHARDER and other intellectual property owned by Summit Entertainment, LLC ("Summit").

Summit is unable to enter into any settlement that would release claims against Between the Lines Productions without even knowing the scope of the claims that it is releasing. Therefore, we *again* request all information and documents identified in our June 27, 2012 and July 24, 2012 letters, most notably, a true and correct copy of the *Twiharder* motion picture film for Summit's review. Please provide two DVDs of the film no later than **November 6, 2012** to my attention at the address above. It is only after Summit reviews the film and the requested information that it can fully consider your settlement offer. If you fail to provide such information and motion picture, we will assume that Between the Lines Productions has no intent of amicably settling this matter in earnest and we will advise Summit accordingly.

Please provide us with a response to this letter together with the requested materials by November 6, 2012.

Nothing contained in this letter, nor any act or omission to act by Summit is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Summit may have in regard to this

## SheppardMullin

Dean R. Cheley, Esq.
DONALDSON & CALLIF
October 30, 2012
Page 2

matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Very truly yours,

*Jill Pietrini*

Jill M. Pietrini
SHEPPARD MULLIN RICHTER & HAMPTON LLP

JMP:SH
cc: Triad Web Design
David C. Friedman, Esq.
Rachel Kimbrough, Esq.
Robert Mason, Esq.
Robert Walsh

SMRH:407218707.1



BTL_000030

# DONALDSON + CALLIF

November 28, 2012

**FOR SETTLEMENT PURPOSES ONLY**
**CONFIDENTIAL**

**VIA E-MAIL & U.S. MAIL**

Jill M. Pietrini
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
[jpietrini@sheppardmullin.com]

RE:   **BETWEEN THE LINES PRODUCTIONS, LLC / *TWIHARDER* /**
      **SETTLEMENT**

Dear Ms. Pietrini:

     Thank you for your October 30, 2012 letter, in which you responded to our settlement offer requesting additional information and documents, including a copy of the motion picture. We understand that you may need to review more than just the trailer and clips available online. Our office has already issued a fair use opinion as to the content of the feature length film, but we welcome the opportunity to hear your thoughts as well. We believe that you will share our fair use/parody assessment of the film after reviewing it. Please let us know when you and/or a representative from Summit is available and we can arrange a private screening here in our office.

Very truly yours,

*[signature]*

DEAN R. CHELEY

DRC/jmm

Michael C Donaldson    Lisa A Callif    Dean R Cheley    Christopher L Perez
400 South Beverly Drive, Suite 400, Beverly Hills, California, 90212  Office 310-277-8394  Fax 310-277-4870

BTL_000031