

4/30/13                                          WebVoyage Titles





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = twiharder
Search Results: Displaying 1 through 3 of 3 entries.



Resort results by: [            ▼]                                          [ Set Search Limits ]

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| ☐ [ 1 ] | Twiharder. | Twiharder. | TXu001817945 | 2012 |
| ☐ [ 2 ] | Twiharder. | Twiharder. | PAu003635415 | 2012 |
| ☐ [ 3 ] | Twiharder. | Twiharder. | TXu001700221 | 2010 |

Resort results by: [            ▼]                                          [ Set Search Limits ]

[ Clear Selected ]   [ Retain Selected ]



| Save, Print and Email (**Help Page**) | |
|---|---|
| **Records** | Select Format: [ Full Record ▼ ]   [ Format for Print/Save ] |
| ◯All on Page ⦿Selected On Page ◯Selected all Pages | Enter your email address: ▬▬▬▬▬ [ Email ] |

Search for: ▬▬▬▬   Search by: [ Title (omit initial article A, An, The, El, La, Das etc.) ▼ ]   Item type: [ None ▼ ]

[ 25 records per page ▼ ]                                    [ Submit ]  [ Reset ]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

BTL_000046



BTL_000047



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = twiharder
Search Results: Displaying 3 of 3 entries



*Twiharder.*

|  |  |
|---|---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | TXu001700221 / 2010-06-21 |
| **Application Title:** | Twiharder. |
| **Title:** | Twiharder. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Between The Lines Productions, 2010- . Address: 1134 N. Sycamore Ave. suite 124, Los Angeles, CA, 90038, United States. |
| **Date of Creation:** | 2010 |
| **Authorship on Application:** | Between The Lines Productions, 2010- , employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, editing. |
| **Rights and Permissions:** | Between The Lines Productions, 1134 N Sycamore Ave Suite 124, Los Angeles, CA, 90057, United States |
| **Names:** | [Between The Lines Productions](#) |





**Save, Print and Email ([Help Page](#))**

Select Download Format   Full Record ⇕   Format for Print/Save

Enter your email address: ██████████

Email

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-700-221**

**Effective date of registration:**

June 21, 2010

## Title

**Title of Work:** Twiharder

## Completion/Publication

**Year of Completion:** 2010

## Author

**Author:** Between The Lines Productions

**Author Created:** text, editing

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 2010

## Copyright claimant

**Copyright Claimant:** Between The Lines Productions

1134 N. Sycamore Ave. suite 124, Los Angeles, CA, 90038, United States

## Rights and Permissions

**Organization Name:** Between The Lines Productions

**Address:** 1134 N Sycamore Ave Suite 124

Los Angeles, CA 90057  United States

## Certification

**Name:** Christopher Sean Friel

**Date:** June 21, 2010

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |  [Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

BTL_000050



BTL_000051

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-817-945**

**Effective date of registration:**

**April 9, 2012**

## Title

**Title of Work:** Twiharder

## Completion/Publication

**Year of Completion:** 2010

## Author

**Author:** John Andrew Gearries

**Author Created:** text

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1981

**Author:** Christopher Sean Friel

**Author Created:** text

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1985

## Copyright claimant

**Copyright Claimant:** Between the Lines Productions LLC

600 S Curson Ave, #314, Los Angeles, CA, 90036, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Between the Lines Productions LLC

**Name:** John Andrew Gearries

**Email:** info@twiharder.com   **Telephone:** 323-456-1916

**Address:** 600 S Curson Ave

#314

Los Angeles, CA 90036  United States

## Certification

Page 1 of 2

**Registration #:**   TXU001817945

**Service Request #:**   1-748442045

Between the Lines Productions LLC
John Andrew Gearries
600 S Curson Ave
#314
Los Angeles, CA 90036  United States



BTL_000055

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-635-415**

**Effective date of
registration:**

**April 11, 2012**

## Title

**Title of Work:** Twiharder

## Completion/Publication

**Year of Completion:** 2012

## Author

■    **Author:** Between the Lines Productions LLC

**Author Created:** entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Between the Lines Productions LLC

600 S Curson Ave, #314, Los Angeles, CA, 90036, United States

## Rights and Permissions

**Organization Name:** Between the Lines Productions LLC

**Name:** John Andrew Gearries

**Email:** info@twiharder.com           **Telephone:** 323-456-1916

**Address:** 600 S Curson Ave

#314

Los Angeles, CA 90036  United States

## Certification

**Name:** John Andrew Gearries

**Date:** April 4, 2012

**Applicant's Tracking Number:** 1-747787181

**Correspondence:** Yes



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = twiharder
Search Results: Displaying 2 of 3 entries



Labeled View

***Twiharder.***

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PAu003635415 / 2012-04-11 |
| **Application Title:** | Twiharder. |
| **Title:** | Twiharder. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Between the Lines Productions LLC. Address: 600 S Curson Ave, #314, Los Angeles, CA, 90036, United States. |
| **Date of Creation:** | 2012 |
| **Authorship on Application:** | Between the Lines Productions LLC, employer for hire; Domicile: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor. |
| **Rights and Permissions:** | John Andrew Gearries, Between the Lines Productions LLC, 600 S Curson Ave, #314, Los Angeles, CA, 90036, United States, (323) 456-1916, (317) 850-0131, info@twiharder.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Between the Lines Productions LLC |



**Save, Print and Email (Help Page)**

Select Download Format   Full Record ⬍   Format for Print/Save

Enter your email address: ███████████████

Email

---

**Help**   **Search**   **History**   **Titles**   **Start Over**

---

**Contact Us**  |  **Request Copies**  |  **Get a Search Estimate**  |  **Frequently Asked Questions (FAQs) about Copyright**  |  **Copyright Office Home Page**  |  **Library of Congress Home Page**

BTL_000058



BTL_000059

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-616-599**

**Effective date of registration:**

**December 12, 2008**

## Title ─────────────────────────────

**Title of Work:** TWILIGHT

## Completion/ Publication ──────────────

**Year of Completion:** 2008

**Date of 1st Publication:** November 21, 2008   **Nation of 1st Publication:** United States

## Author ────────────────────────────

■   **Author:** Summit Entertainment, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant ──────────────────

**Copyright Claimant:** Summit Entertainment, LLC

## Limitation of copyright claim ──────────

**Material excluded from this claim:** preexisting photograph(s), preexisting music, literary material

**New material included in claim:** all other cinematographic material, production as a motion picture, revisions/additions to script, editing, entire motion picture

## Rights and Permissions ──────────────

**Organization Name:** Summit Entertainment, LLC

**Name:** Legal Department ROWID:1-2AIMDV

**Email:** atillman@summit-ent.com   **Telephone:** 310-255-3055

**Address:** 1630 Stewart Street

Suite 120

Santa Monica, CA 90404 United States

Page 1 of 2

Certification ———————————————————————————————

        **Name:** Janet Chowsangrat

        **Date:** December 1, 2008

———————————————————————————————

BTL_000061



BTL_000062