**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability company<br><br>        Plaintiff,<br><br>    vs.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, And SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company<br><br>        Defendants. | Case No. 2:13-cv-05699-MMM-CW<br><br>[~~PROPOSED~~] ORDER |

Having reviewed the foregoing Stipulation, and good cause appearing therefore:

   **IT IS HEREBY ORDERED** that any amended complaint filed by Plaintiff Between the Lines Productions, LLC shall be due on or before October 1, 2013; and

   **IT IS HEREBY FURTHER ORDERED** that Defendants Lions Gate Entertainment Corp.'s and Summit Entertainment, LLC's responsive pleading to any amended complaint filed by Plaintiff Between the Lines Production, LLC shall be due twenty-one (21) days thereafter.

**IT IS SO ORDERED.**

DATED:    September 25, 2013

_Margaret M. Morrow_
UNITED STATES DISTRICT JUDGE

1  STEVE LOWE, ESQ. [Cal. Bar #122208]
2  LOWE & ASSOCIATES, P.C.
   11400 Olympic Blvd., Suite 640
3  Los Angeles, CA 90064
   Tel: (310) 477-5811
4  Fax: (310) 477-7672
   steven@lowelaw.com
5

6  JAMES H. FREEMAN,ESQ. [(NY) JF 8605]
   *Pro Hac Vice Pending*
7  JH FREEMAN LAW
   3 Columbus Circle, 15th Floor
8  New York, NY 10019
   Tel: (212) 931-8535
9  Fax: (212) 496-5870
   james@jhfreemanlaw.com
10

11 *Attorneys for Plaintiff Between the*
   *Lines Productions, LLC*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28