# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Between the Lines Productions, L.L.C.

PLAINTIFF(S)

v.

Lions Gate Entertainment Corp. et al

DEFENDANT(S).

CASE NUMBER

CV 13-05699 MMM(CWx)

**REFERRAL OF MOTION TO DISQUALIFY
JUDGE / MAGISTRATE JUDGE**

A Motion to Disqualify Judge / Magistrate Judge __Margaret M. Morrow__ was filed on __11/06,11/15,11/19, 2013__.  Pursuant to General Order 08-05 and Local Rule 72-5, this motion is referred to Judge __Berverly Reid O'Connell__ for determination.

Clerk, U. S. District Court

11/27/2012

Date

By _Robert R. Nadres_

Deputy Clerk

---

### FOR COURT USE ONLY

Ruling on prior motion(s):   ☑ No   ☐ Yes.  Refer to document number(s) _____

---

cc:    *Judge Assigned to Case*
       *Judge Assigned to Determine Motion*
       *Counsel of Record*