JAMES H. FREEMAN, ESQ.
*Admitted Pro Hac Vice*
JH FREEMAN LAW
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: (212) 931-8535 / Fax: (212) 496-5870
james@jhfreemanlaw.com

STEVE LOWE, ESQ. (Cal. Bar #122208)
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Tel: (310) 477-5811 / Fax: (310) 477-7672
steven@lowelaw.com

*Attorneys for Plaintiff Between the Lines Productions, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, And SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company<br><br>Defendants. | Case No. 2:13-cv-05699-MMM-CW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>**Hon. Margaret M. Morrow**<br><br>Action Filed: August 7, 2013 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff BETWEEN THE LINES PRODUCTIONS, LLC ("Plaintiff"), hereby voluntarily dismisses all claims in this action <u>without prejudice</u> as to Defendants LIONS GATE ENTERTAINMENT CORP. and SUMMIT ENTERTAINMENT, LLC. ("Defendants").

Rule 41(a) governs voluntary dismissal of civil actions. A plaintiff has a unilateral right to dismiss an action voluntarily by filing "a notice of dismissal before the opposing party serves either an answer or motion for summary judgment." FED R. CIV. P. 41(a)(1)(A)(i).  See also <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997) ("A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required"); <u>Pedrina v. Chun</u>, 987 F.2d 608, 609-610 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment.").

Here, Defendants have <u>not</u> filed an answer to the Complaint [Docket No. 1]. Defendants have not filed an answer to the Amended Complaint [Docket No. 46]. Defendants have <u>not</u> filed a motion for summary judgment pursuant to Rule 56. The District Court has not construed Defendants' motions to dismiss pursuant to

Rule 12(b)(6) as motions for summary judgment. See Swedberg v. Marotzke, 339 F.3d 1139, 1146 (9th Cir. 2003) ("A Rule 12(b)(6) motion to dismiss supported by extraneous materials cannot be regarded as one for summary judgment until the district court acts to convert the motion by indicating, preferably by an explicit ruling, that it will not exclude those materials from its consideration. Until the district court has so acted, a plaintiff is free to file a proper notice of dismissal pursuant to Rule 41(a)(1)").

\* \* \*

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: December 13, 2013

JH FREEMAN LAW

By: *s/ James H. Freeman*
James H. Freeman
3 Columbus Circle, 15th FL
New York, NY 10019
Tel.: (212) 931-8535
Fax: (212) 496-5870
james@jhfreemanlaw.com
*[Pro Hac Vice Pending]*

*Attorneys for Plaintiff Between the Lines Productions, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this **13th day** of **December, 2013**, a true and correct copy of the foregoing was transmitted via e-mail to the following counsel of record and legal support staff:

Paul Bost, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Tel: (310) 228-2249
Fax: (310) 228-3960
pbost@sheppardmullin.com

Jill Pietrini, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Tel: (310) 228-2249
Fax: (310) 228-3960
jpietrini@sheppardmullin.com

*Attorneys for Defendants Lionsgate Entertainment Corp. and Summit Entertainment LLC*

Lynne Thompson (lthompson@smrh.com)

LaTrina Martin (lmartin@smrh.com)

By: *s/ James H. Freeman.*
James H. Freeman, Esq.
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL